FILED

MAR 11 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JORGE DE LA TORRE,<br><br>              Defendant. | Case No.: 20MJ1089<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearms |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about February 24, 2018, within the Southern District of California, defendant JORGE DE LA TORRE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: one (1) Smith and Wesson, model M&P 15, .223 caliber rifle bearing serial number ST27693, one (1) Para Ordinance, model P13.45, .45 caliber pistol bearing serial number RN4410; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Arnesha Bahn
Special Agent, ATF

Sworn to me and subscribed in my presence this 11th day of March, 2020.

_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

2

## **PROBABLE CAUSE STATEMENT**

1

2   During the course of my duties, I have learned the following information from having

3   read the reports prepared by other law enforcement officers. The following does not contain

4   all of the information known to myself or other federal agents and state and local officers

5   regarding this investigation, but does contain those facts believed to be necessary to

6   establish the requisite probable cause.

7   On or about February 24, 2018, Chula Vista Police Department ("CVPD") officers

8   and San Diego County Probation ("SDCP") officers conducted a probation check at Jorge

9   DE LA TORRE's ("DE LA TORRE") residence, 1267 Melrose Avenue, San Diego, CA,

10  within the Southern District of California. DE LA TORRE, a documented Logan Heights

11  gang member, was on active AB-109 probation with a valid 4th amendment waiver as a

12  condition of his probation.

13  DE LA TORRE was not present during the compliance check; however, his mother,

14  brother, son, and girlfriend were present. DE LA TORRE's mother told officers DE LA

15  TORRE exclusively used one of the sheds in the backyard and that DE LA TORRE had the

16  only set of keys to the shed. Officers located the locked shed in the backyard. After gaining

17  entry to the shed, officers found mail addressed to DE LA TORRE and his personal items.

18  Officers found an operable surveillance system with views of the front of the house

19  and foot traffic coming in and out of the yard. Officers know that those involved in illegal

20  narcotics distribution commonly use video surveillance to identify law enforcement and/or

21  rivals. Officers located and forced open a small locked briefcase style safe containing a

22  rifle sling, expandable baton, several empty baggies and marijuana. As the search continued,

23  officers found two broken methamphetamine pipes, and several empty baggies, which

24  contained a crystal white residue that officers believed to be methamphetamine.

25  Officers also found three (3) boxes of .45 caliber ammunition, one (1) 12 gauge

26  shotgun shell, forty (40) rounds of .22 caliber LR ammunition, eight (8) rounds of .45 caliber

27  ammunition, one (1) Smith and Wesson, model M&P 15, .223 caliber rifle bearing serial

28  number ST27693, one (1) Para Ordinance, model P13.45, .45 caliber pistol bearing serial

3

number RN4410. The firearms and ammunition were hidden throughout the shed and where located inside and behind boxes labeled as common household items.

DE LA TORRE's brother, C.D., told officers that DE LA TORRE started using the shed after his release from prison. Additionally, C.D. stated that DE LA TORRE was the only person to have used the shed and that DE LA TORRE possessed the only set of keys to the shed.

Preliminary records checks on DE LA TORRE revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/22/2012 | CASC – MCEL Cajon | (11377(A) HS) - Possess Controlled Substance (Felony) | 3 years' probation 28 days' jail |
| 06/09/2015 | CASC – Vista | (29800(A)(1) PC) - Felon/Addict Poss/Etc Firearm (Felony) | 3 years' probation<br><br>270 days' jail |
| 08/04/2016 | CASC – San Diego | CNT 2: (466 PC) - Possess/Etc Burglary Tools CNT 3: (11357(A) HS) Possess Concentrated Cannabis | 116 days' jail |
| 08/22/2016 | CASC – San Diego | (29800(A)(1) PC) - Felon/Addict Poss/Etc Firearm (Felony) | 2 years' prison |

The firearms were seized and inspected. Preliminary checks revealed that the firearms were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.